**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00144-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**8.    JUAN MIGUEL ESPINOZA-ROMERO,**
    Defendant.

---

**ORDER HOLDING DEFENDANT IN CONTEMPT OF COURT**

---

On February 29, 2016, this Court ordered Defendant Juan Miguel Espinoza-Romero to provide a full set of fingerprints and palm prints using ink and paper. (Doc. # 1050.) The Government's Motion to Show Cause indicates that, pursuant to that Order, on March 8, 2016, Mr. Espinoza-Romero was brought to the Alfred A. Arraj Federal Courthouse, and, with the assistance of a court certified translator and in the presence of his attorney, refused to provide any fingerprints or palm prints using ink and paper. (Doc. # 1072.) Mr. Espinoza-Romero's Response to the Government's Motion to Show Cause confirms that he did, in fact, consciously and willfully disobey the Court's February 29, 2016 Order. (Doc. # 1126.)

18 U.S.C. § 401 provides that a court may "punish, by fine or imprisonment, or both, at its discretion, such contempt of its authority . . . as . . . (3) disobedience or resistance to its lawful writ, process, order, rule decree, or command." Mr. Espinoza-Romero is already in custody, and the Court does not believe a fine would effectively compel his compliance with the Court's February 29, 2016 order. Accordingly, it will

permit the Government to comment on his failure to obey the Court's Order as an indication of his guilt at trial.  *See United States v. Askew*, 584 F.2d 960, 963 (10th Cir. 1978) (holding that commentary on a "defendant's refusal to comply with a lawful order to produce handwriting exemplars" and that such a refusal was "an indication of guilt" was proper, because that the disobeyed order "did not violate defendant's Fifth Amendment privilege against self-incrimination").

Additionally, it is ORDERED that Mr. Nemecia-Garcia is in contempt of Court until (1) he elects to obey the orders of Court and cooperates with a fingerprint technician to provide a full case set of fingerprints and palm prints using paper and ink; or (2) the date when sentence is imposed in this case; or (3) following entry of judgment in this case, depending on which date comes first.

DATED:  April 13, 2016

> BY THE COURT:
>
> *[signature: Christine M Arguello]*
> _____
> CHRISTINE M. ARGUELLO
> United States District Judge